THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* JOHN MCKINNEY, Appellant.

(Argued June 6, 1933; decided July 11, 1933.)

*William L. Underwood* for appellant.

*L. Barron Hill, District Attorney (Lindsay R. Henry* of counsel), for respondent.

no opinion.
Concur: POUND, Ch. J., CRANE, LEHMAN, KELLOGG, O'BRIEN and CROUCH, JJ. Not sitting: HUBBS, J.